UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                                   :

WENCAI ZHU,                                         :

                                  Plaintiff,    :

                                                            :           23 Civ. 2878 (LGS)

                -against-                    :

                                                            :           <u>ORDER</u>

TAMIKA GRAY,                                    :

                                                            :

                                  Defendant.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on April 6, 2023, the Complaint for a Writ of Mandamus was filed.  It is hereby

       **ORDERED** that the Government shall, by **May 17, 2023**, file a memorandum in opposition to the request for a writ of mandamus.  The memorandum shall not exceed fifteen pages.  Plaintiff shall, by **May 31, 2023**, file a reply memorandum that shall not exceed ten pages.  The memoranda and other materials shall otherwise comply with the Court's Individual Rules.

Dated: April 19, 2023
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                    **UNITED STATES DISTRICT JUDGE**